Hello Mr. Alki:

I am writing to confirm receipt of the below. Have you filed a complaint with the State Bar against Ms. Allred or Ms. Bloom?

Thank you,
Leah Wilson

Leah Wilson (she/her/hers)|Hear my name
Executive Director, Office of the Executive Director
The State Bar of California | 180 Howard Street | San Francisco, CA 94105
415-538-2257 | leaht.wilson@calbar.ca.gov

***Working to protect the public in support of the mission of the State Bar of California.***
Please consider the environment before printing this email.
LinkedIn | Twitter | Facebook | Instagram