UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 22-5926-GW-JPRx | Date | August 23, 2022 |
|---|---|---|---|
| Title | *Alkiviades David v. Gloria Allred, et al.* | | |

| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Javier Gonzalez | None Present | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**PROCEEDINGS (IN CHAMBERS):**     **ORDER DENYING REQUEST FOR TEMPORARY RESTRAINING ORDER**

    Alkiviades David ("Plaintiff") filed the Complaint in this action on August 20, 2022. To the extent that Plaintiff seeks a temporary restraining order or preliminary injunction based on that filing alone, any such request is denied.

    The Complaint contains no discrete causes of action, but is merely captioned as requesting injunctive and declaratory relief. There is no separate motion seeking a temporary restraining order/preliminary injunction, and likewise no memorandum of points and authorities directed at demonstrating how Plaintiff could satisfy the applicable test (including by demonstrating a likelihood of prevailing or "serious questions going to the merits" on any one or more cause(s) of action – which, as noted, there are none identified in the Complaint). *See Winter v. Natural Res. Def. Council, Inc.*, 555 U.S. 7, 20 (2008); *Alliance for the Wild Rockies v. Pena*, 865 F.3d 1211, 1217 (9th Cir. 2017). In addition, the Complaint is not verified and, although it attaches certain exhibits, there is no request for judicial notice or other indication as to how the Court would be permitted to consider the material included with the Complaint. As a result, Plaintiff's application for a temporary restraining order/preliminary injunction – to the extent it should be considered as one – also lacks any supporting evidence.

    For at least all of these reasons, the Court declines to issue any temporary restraining order or preliminary injunction on the current papers.

|  | : |
|---|---|
| Initials of Preparer | JG |