Plaintiff's email to Executive Director Wilson:



---------- Forwarded message ---------
From: Alki David
Date: Sun, Jun 19, 2022 at 8:19 AM
Subject: Girardi Syndicate ignored by complaints 3 times ignored by Bar
To: <ExecutiveDirector@calbar.ca.gov>,

Hello Leah,

My name is Alki David - you may have come across my name in media articles relating to the California State Bar's current activities with regard to Thomas V Girardi's syndicated corruption across the CA State Bar.

As executive director of the State Bar you will be interested to know that Tom Girardi personally accused me of raping an employee. This woman has since recanted. There is irrefutable evidence that she lied and is currently in hiding in the Middle East due to threats made by Girardi's Syndicate.

*I am accusing Gloria Allred, her daughter Lisa Bloom and Allred's alter ego, Tom Girardi, of widespread corruption including the huge damage done to my own life.*

*Girardi's widespread criminal syndicate includes attorneys like Gloria Allred and Lisa Bloom who have unreasonably and unfairly targeted me and many other rich or well known people that I have discussed these issues with including Chris Brown, 50 Cent and Rose McGowan. These people will support my allegations. Including Steve Wynn the businessman from Las Vegas who just beat Lisa Bloom in court over defamation.*

This civil court rape allegation is the "cherry on top" of the Gloria Allred system of criminilizing innocents. By manipulating the media and corrupting the Judicial process to victimize innocent people and organizations. In the UK this is called perversion of Justice or "legal thuggery".

I have been a very outspoken critic about my experiences of the Gotham like environment of the California Judiciary. I have and continue to accuse your organization the State Bar of widespread corruption. Three severe State Bar Complaints officially delivered to you and all ignored. And with plenty of evidence to show that this was influenced by Girardi et al.

*I have never once had my day in Court Leah. Imagine that - a handful of orchestrated sexual harassment claims. Two of which were dropped on the actual day of Trial which became "unfair dismissal" complaints, after three years of dragging my name and my companies through the proverbial mud.*

Due to the systemic corruption of the Judicial System at the Stanley MoskCourtHouse, and the State Bar, I have never once had my day in Court. Never. I intend to.

Imagine that Leah. Even when I represented myself against Lisa Bloom (Elizabeth Taylor V

Alkiviades David) The Jury returned 8 - 4 in my favor because they believed there was a Fraud on the Court. Despite the Court being loaded from the Start as Lisa Bloom would commit perjury in wholesale.

In my case Self-governing Judges who have been corrupted by Girardi et al; Judge Michelle Williams Court or Judge Yolanda Orozco for example; Are judges that have obvious conflicts with adjudicating cases like mine. Extreme egregious reasons. Regardless, these people are openly extorting me in Court hiding behind the cover of the Judiciary.

Although the FBI have and continue to investigate these matters; 70 k a year is not often enough for these men and women to care to go up against the entire Judicial machine of California.

Therefore, it is left to people like myself who have had enough of being trafficked through this broken criminal system the State Bar is meant to police. I have taken it upon myself to build a strong team of lawyers including Alan Dershowitz, Blair Berk, Dana Cole, Glaser Weil Firm. I have several other firms in Switzerland, London and the Caribbean from where I am filing criminal prosecutions. They are at various stages of imminence.

In these affairs I am righteous Leah. There are many whistleblowers and ex employees who have never been voiced due to the corrupted process.. Several people who have either recanted or have been coreced by these people and have written adjudicated affidavits in my support.

My strength is my transparency and I expect to prevail in all matters relating to the State Bar of California and its corruption.

Therefore please reach out to me or any one of my representatives and let's try to collaborate rather than continue down this dark road from which I will no doubt emerge victorious.

Despite my bullishness, my experience has been at times terrifying. I have even had run-ins with the Sheriff's department in and out of courtrooms as a direct result of Allred and Blooms manipulation of the Court System.

I have no criminal record anywhere in the world. The most jail time I've done is 1 day for importing hemp to St Kitts. Which ironically turns out to be one of the international jurisdictions issuing "red notices' ' on Girardi, Boom Allred et al.

Sincerely
Alki David

www.ANAKANDO.com

Alki David
Founder & CEO Anakando Ltd.